FOX FILM CORPORATION, Respondent, *v.* STUARD HIRSCH-MAN et al., Appellants, Impleaded with Another.

*Appeal — motion to dismiss for failure to perfect appeal within thirty days after permission granted, denied.*

Reported below, 196 App. Div. 391.

(Argued November 21, 1921; decided November 29, 1921.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1921, unanimously affirming a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that appellants failed to perfect their appeals within thirty days after permission to appeal had been obtained.

*Saul E. Rogers* for motion.

*A. S. Gilbert* and *Benjamin Trapnell* opposed.

Motion denied, with ten dollars costs.